IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GEORGE A. SIDES, ) | |
| Individually and On Behalf of All ) | |
| Others Similarly Situated, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIV. ACT. NO. 2:18-cv-60-ECM |
| ) | |
| STATE FARM LIFE INS. CO., ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

Upon consideration of the parties' Joint Stipulation of Dismissal (doc. 37) filed on January 7, 2019, which comports with FED.R.CIV.P. 41(a)(1)(A)(ii), this action has been dismissed with prejudice by operation of Rule 41, on the terms agreed to and set out by the parties.

The Clerk of the Court is DIRECTED to close this case.

DONE this 10th day of January, 2019.

        /s/ Emily C. Marks
EMILY C. MARKS
UNITED STATES DISTRICT JUDGE